# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GULFSTREAM PROPERTY AND CASUALTY**
**INSURANCE COMPANY,**                                                                 **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 5:21-cv-52-DCB-LGI**

**ALARM.COM, INC., SENTRYNET, INC.,**
**STANLEY SECURITY SOLUTIONS, INC.,**
**NAFF'S AVA LLC**                                                                          **DEFENDANTS**

## AGREED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

This Court has considered Alarm.com Incorporated's Motion for Summary Judgment [ECF No. 51] and finds that there is no genuine dispute as to any material fact and that Alarm.com Incorporated is entitled to judgment as a matter of law.

Accordingly, it is ORDERED that:

1. Alarm.com Incorporated's Motion for Summary Judgment is Granted.
2. All claims asserted against Alarm.com Incorporated are dismissed with prejudice.

SO ORDERED, this  11th  day of  August , 2022.

                                                                                                                                                         _____
                                                                                                                                                         David Bramlette
                                                                                                                                                         United States District Judge

PREPARED BY:

*/s/ Jonathan M. Barnes*
Jonathan M. Barnes (MBN 105659)

R. Thomas Warburton (Pro Hac Vice Admission)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, Mississippi 39201
Phone: (601) 948-8000
Fax: (601) 948-3000

*Attorneys for Defendant Alarm.com Incorporated*


AGREED BY:

*/s/ W. Andrew Neely*
W. Eric Stracener (MBN 10429)
W. Andrew Neely (MBN 102168)
STRACENER & NEELY
2906 North State Street, Suite 200 (39216)
Post Office Box 4936
Jackson, Mississippi 39296-4936
Phone: (601) 206-0885
Fax: (601) 500-5305

*Attorneys for Gulfstream Property and Casualty Insurance Company*